THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :
                             :
v.                           :   3:18-CR-279
                             :   (JUDGE MARIANI)
MICHAEL RINALDI,             :
                             :
        Defendant.           :

## ORDER

AND NOW, THIS 27th DAY OF JULY, 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's "Motion to Dismiss" (Doc. 245) is **DENIED**.

Robert D. Mariani
United States District Judge