THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:18-CR-279 |
| | : (JUDGE MARIANI) |
| MICHAEL RINALDI, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW**, THIS **27th** DAY OF JULY, 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's "Motion to Suppress" (Doc. 243) is **DENIED**.

Robert D. Mariani
United States District Judge