THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | 3:18-CR-279 |
| | : | (JUDGE MARIANI) |
| MICHAEL RINALDI, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | 3:18-CR-280 |
| | : | (JUDGE MARIANI) |
| MICHAEL RINALDI, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, THIS ___10th___ DAY OF AUGUST, 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Michael Rinaldi's "Motion to Dismiss" (3:18-cr-279, Doc. 310; 3:18-cr-280, Doc. 255) is **DENIED**.

Robert D. Mariani
United States District Judge