THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

MICHAEL RINALDI,

Defendant.

3:18-CR-279
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 31ST DAY OF MARCH, 2021**, upon consideration of Defendant Michael Rinaldi's "Motion for a New Trial" (Doc. 402) and "Motion for Judgement of Acquittal" (Doc. 403), and all relevant documents, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant "Motion for a New Trial" (Doc. 402) is **DENIED**.

2. Defendant's "Motion for Judgement of Acquittal" (Doc. 403) is **DENIED**.

Robert D. Mariani
United States District Judge