THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : |
|---|---|
| v. | : 3:18-CR-279 |
| | : (JUDGE MARIANI) |
| MICHAEL RINALDI, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 24th DAY OF MAY, 2021, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Michael Rinaldi's Motion for "Reconsideration and/or Clarification/Expansion of the Record" (Doc. 444) is **DENIED**.

Robert D. Mariani
United States District Judge